UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAUNESI DeBERRY, | CASE NO. C26-0639-KKE |
| Plaintiff(s), | ORDER DIRECTING SERVICE BY U.S. MARSHAL SERVICE |
| v. | |
| NORDSTROM INC., et al., | |
| Defendant(s). | |

Plaintiff Shaunesi DeBerry represents herself in this action and proceeds *in forma pauperis* ("IFP"). Dkt. No. 3. After DeBerry amended her complaint, DeBerry sought clarification as to whether, consistent with Federal Rule of Civil Procedure 4(c)(3), service of process would be effectuated by the United States Marshals Service. Dkt. No. 9.

Upon an IFP plaintiff's request, Federal Rule of Civil Procedure 4(c)(3) requires the Court to "order that service [of summons and the complaint] be made by a United States marshal or deputy marshal or by a person specially appointed by the court." As such, the Court ORDERS as follows:

(1) The Clerk shall provide a copy of this order, the operative complaint (Dkt. No. 7), and the summonses for each Defendant (Dkt. No. 8) to the United States Marshal or Deputy Marshal by June 2, 2026.

ORDER DIRECTING SERVICE BY U.S. MARSHAL SERVICE - 1

(2) The United States Marshal or Deputy Marshal shall serve Defendants with the summons and complaint by July 2, 2026, and shall file proof of service once completed.

Dated this 29th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING SERVICE BY U.S. MARSHAL SERVICE - 2