UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAUNESI DeBERRY,<br><br>Plaintiff(s),<br>v.<br><br>NORDSTROM INC., et al.,<br><br>Defendant(s). | CASE NO. C26-0639-KKE<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR CLARIFICATION AND ORDERING THE UNITED STATES MARSHAL TO FILE PROOF OF SERVICE |

The Court previously ordered the United States Marshal to effectuate service on the four Defendants in this matter and to file proof of service afterward. Dkt. No. 10. The United States Marshal filed proof of service with respect to three Defendants. Dkt. Nos. 13, 14, 15, 18. It appears that Defendant Officers Phelps and Odom were served on June 25, 2026, and Defendant Collins Kenlak was served on June 12, 2026. Dkt. Nos. 15, 18.

Plaintiff also completed a summons form for Defendant Nordstrom, Inc. (Dkt. No. 8 at 7), but the United States Marshal did not file any proof of service with respect to that Defendant. Because there is no proof of service on the docket with respect to Nordstrom, the Court GRANTS IN PART Plaintiff's request to clarify the service status of that Defendant. Dkt. No. 28. No later than September 21, 2026, the United States Marshal is ORDERED to file proof that service was effectuated on Nordstrom.

Plaintiff's motion for clarification (Dkt. No. 28) is DENIED in all other respects, however. The Court cannot provide legal advice to any party, and finds that Plaintiff's requests for information as to the deadlines applicable to other parties amount to a request for legal advice. *See Gragg v. Atascadero Police Dep't*, No. CV21-06736-MEMF (KS), 2023 WL 4352074, at *1 (C.D. Cal. July 5, 2023) ("The Court cannot provide legal advice to any party, including *pro se* litigants[.]"). Plaintiff is instructed to consult the Federal Rules of Civil Procedure and review the docket to find answers to her questions, and may benefit from reviewing information for self-represented litigants available on this Court's website.[1]

Dated this 25th day of August, 2026.

Kymberly K. Evanson
United States District Judge

[1] https://www.wawd.uscourts.gov/sites/wawd/files/ProSeGuidetoFilingYourLawsuitinFederalCourt.pdf.