UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAUNESI DeBERRY,<br><br>Plaintiff(s),<br>v.<br><br>NORDSTROM INC., et al.,<br><br>Defendant(s). | CASE NO. C26-0639-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiff filed two unopposed motions for leave to submit supplemental briefing. Dkt. No. 36, 39. The Court GRANTS those motions and will consider Plaintiff's filings when ruling on the pending motions to dismiss.

Dated this 16th day of October 16, 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk