UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAUNESI DeBERRY,<br><br>Plaintiff(s),<br>v.<br><br>NORDSTROM INC., et al.,<br><br>Defendant(s). | CASE NO. C26-0639-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) The Clerk is directed to TERMINATE Defendant's filing (Dkt. No. 45) because it is a reply brief, not a motion.

(2) Plaintiff's motion for leave to file a supplemental notice is DENIED. Dkt. No. 46. Defendants' motions to dismiss are now ripe and will be resolved in due course without oral argument.

Dated this 30th day of October 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk